Edward Manibusan (F0131)
Attorney General
Keisha Blaise (T0151)
Assistant Attorney General
Alison Nelson (T0160)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: keisha_blaise@cnmioag.org

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BEST SUNSHINE INTERNATIONAL LTD. (BVI); IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH CASINO COMMISSION**<br><br>**Defendant.** | CIVIL CASE NO. 1:22cv-00007<br><br>**JOINT STIPULATED MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION** |

Defendant Commonwealth Casino Commission and Plaintiffs, Best Sunshine International Ltd. (BVI) and Imperial Pacific International (CNMI), LLC, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint and Plaintiffs' Emergency Motion for Temporary Restraining Order and Order Compelling Arbitration on May 23, 2022.

2.  The Court entered a Temporary Restraining Order on May 23, 2022, ordering Defendant to immediately cease and desist from proceeding with Enforcement Action 2021-001-005 (consolidated) including convening the enforcement hearing scheduled for May 24-25, 2022.

3.  The parties appeared before the Court for a status conference on May 25, 2022. At the status conference, Defendants made a request for enlargement of time to respond to Plaintiffs' Emergency Motion. Following the status conference, the Court entered a minute order extending Defendant's deadline to file its opposition to Plaintiffs' Motion to May 31, 2022 at 12 noon, with Plaintiffs' reply due June 2, 2022. The Court also set a show cause hearing for June 6, 2022 at 1:30 p.m.

4.  The parties have made significant progress toward settlement and require additional time to finalize the terms for an agreement in principle and to enter a comprehensive settlement agreement memorializing those terms. In the interest of resolving this matter without proceeding to an order to show cause hearing, the parties desire to stay the briefing schedule entered by this Court.

5.  The parties agree not to proceed with Enforcement Action 2021-001-005 (consolidated) while such stay is in place. The parties further agree that such stay shall remain in place until either (a) the parties notify this Court that efforts to enter a settlement have failed and request that a new briefing schedule and show cause hearing be set by this Court, or (b) Plaintiffs file a motion to dismiss their Complaint and Motion.

For the reasons above, the parties respectfully request that further briefings and hearings on Plaintiffs' Motion for Preliminary Injunction in Aid of Arbitration be stayed while the parties continue to work towards settlement.

|   |   |
|---|---|
| | Respectfully Submitted, |
| | OFFICE OF THE ATTORNEY GENERAL |
| | KEISHA BLAISE (T0151) |
| | ALISON M. NELSON (T0160) |
| | ATTORNEYS FOR DEFENDANT |
| | _____/s/_____ |
| | Keisha Blaise (T0151) |
| | |
| | JOEY P. SAN NICOLAS |
| | SAN NICOLAS LAW OFFICE, LLC |
| | |
| | KEVIN T. ABIKOFF |
| | SAMUEL W. SALYER |
| | HUGHES HUBBARD & REED LLP |
| | ATTORNEYS FOR PLAINTIFFS |
| | _____/s/_____ |
| | Joey P. San Nicolas |

Dated: May 30, 2022

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed on May 30, 2022 with service requested to all parties of record.

/s/
Keisha Blaise (T0151)
Assistant Attorney General
Attorney for Defendant
