F I L E D
Clerk
District Court

MAY 31 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BEST SUNSHINE INTERNATIONAL LTD. (BVI); IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH CASINO COMMISSION, AS AGENCY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>Defendant. | CIVIL CASE NO. 1:22-cv-00007<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND GRANTING JOINT STIPULATED MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION |

Based on the Joint Stipulated Motion to Stay Briefing on Plaintiffs' Motion (ECF No. 15) filed by Defendant Commonwealth Casino Commission and Plaintiffs, Best Sunshine International Ltd. (BVI) and Imperial Pacific International (CNMI), LLC, and sufficient cause appearing, it is hereby:

ORDERED that, for good cause shown, the Temporary Restraining Order ("TRO") issued by the Court on May 23, 2022 (ECF No. 11) currently set to expire on June 8, 2022 (ECF No. 14), is hereby extended for a period of 30 days to expire on **Friday, July 8, 2022 at 12:00 p.m.** Pursuant to Federal Rule of Civil Procedure 65(b)(2), the Court extends this TRO based on the parties' representation that they have made significant progress toward settlement and require additional time to finalize the terms of an agreement in principle and to enter a comprehensive

1

settlement agreement memorializing those terms, to allow them time to resolve this matter without proceeding to an order to show cause hearing for a preliminary injunction.

IT IS FURTHER ORDERED that briefing on Plaintiffs' Complaint and Plaintiffs' Emergency Motion for Temporary Restraining Order and Order Compelling Arbitration filed May 23, 2022, including the time for Defendant to file its opposition to Plaintiffs' Motion and for Plaintiffs to file their reply, **is hereby stayed for a period of 30 days.** The stay shall remain in place until (a) either of the parties notify this Court that efforts to enter a settlement have failed and requests that a new briefing schedule and show cause hearing be set by this Court; or (b) the parties request with good cause shown to further extend the stay; or (c) Plaintiffs file a motion to dismiss their Complaint.

A status conference is hereby set for **Friday, July 1, 2022 at 9:00 a.m. The parties are ordered to appear.** Off-island counsel may appear by VTC and are directed to the Clerk's Office for further instructions.

The order to show cause hearing scheduled for June 6, 2022 (ECF No. 14) is hereby vacated.

IT IS SO ORDERED this 31st day of May, 2022.

_____
RAMONA V. MANGLONA
Chief Judge