Joey P. San Nicolas
SAN NICOLAS LAW OFFICE, LLC
P.O. Box 10001 PMB 602
Saipan, MP 96950
Tel: (670) 234-7659
Fax: (670) 234-9218
jpsn@sannicolaslaw.net

Kevin T. Abikoff (*Pro Hac Vice*)
Samuel W. Salyer (*Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
1775 I St. N.W.
Washington, D.C. 20006
Tel: (202) 721-4600
Fax: (202) 721-4646
kevin.abikoff@hugheshubbard.com
samuel.salyer@hugheshubbard.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BEST SUNSHINE INTERNATIONAL LTD. (BVI); IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH CASINO COMMISSION**<br><br>**Defendant.** | **CIVIL CASE NO. 1:22-cv-00007**<br><br><br>**NOTICE OF AGREEMENT TO TERMS** |

    Plaintiffs, Best Sunshine International Ltd. (BVI) and Imperial Pacific International (CNMI), LLC, and Defendant Commonwealth Casino Commission jointly provide notice to the Court of the following:

    1.    Plaintiffs filed their Complaint and Plaintiffs' Emergency Motion for Temporary Restraining Order and Order Compelling Arbitration on May 23, 2022.

2. The Court entered a Temporary Restraining Order on May 23, 2022, ordering Defendant to immediately cease and desist from proceeding with Enforcement Action 2021-001-005 (consolidated) including convening the enforcement hearing scheduled for May 24-25, 2022.

3. The parties appeared before the Court for a status conference on May 25, 2022. At the status conference, Defendants made a request for enlargement of time to respond to Plaintiffs' Emergency Motion. Following the status conference, the Court entered a minute order extending Defendant's deadline to file its opposition to Plaintiffs' Motion to May 31, 2022 at 12 noon, with Plaintiff's reply due June 2, 2022. The Court also set a show cause hearing for June 6, 2022 at 1:30 p.m.

4. Based on a stipulation by the parties, on May 31, 2022, the Court entered an Order Extending Temporary Restraining Order and Granting Joint Stipulated Motion to Stay Briefing on Plaintiffs' Motion. Based on the parties' significant progress towards settlement, the Court extended the Temporary Restraining Order through July 8, 2022, and stayed briefing on the Plaintiffs' Complaint and Emergency Motion for Temporary Restraining Order and Order Compelling Arbitration for a period of 30 days.

5. The parties hereby provide notice to the Court that Plaintiffs and the Executive Director of the Commonwealth Casino Commission have reached an agreement in principle as to the terms of a settlement. The parties are in the process of finalizing these terms through a Settlement Agreement and will provide notice to the Court upon the entry of this Agreement.

Respectfully submitted this 9th day of June, 2022.

| | |
|---|---|
| 1 | JOEY P. SAN NICOLAS |
| 2 | SAN NICOLAS LAW OFFICE, LLC |
| 3 | KEVIN T. ABIKOFF |
| | SAMUEL W. SALYER |
| 4 | HUGHES HUBBARD & REED LLP |
| 5 | ATTORNEYS FOR PLAINTIFFS |

                     */s/*
Samuel W. Salyer

OFFICE OF THE ATTORNEY GENERAL
KEISHA BLAISE (T0151)
ALISON M. NELSON (T0160)
ATTORNEYS FOR DEFENDANT

                     */s/*
Keisha Blaise (T0151)

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed on June 9, 2022 with service requested to all parties of record.

/s/
Samuel W. Salyer
Attorney for Plaintiffs
