**SAN NICOLAS LAW OFFICE, LLC**
**Joey P. San Nicolas, Esq. (F0342)**
**2nd Floor, ICCI Bldg. (Middle Road)**
**P.O. Box 10,001 PMB 602**
**SAIPAN, MP  96950**
**670-234-7659 (SNLW)**
**sannicolaslaw@gmail.com**

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BEST SUNSHINE INTERNATIONAL LTD (BVI); IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>COMONWEALTH CASINO COMMISSION, AS AGENCY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>Defendant. | Civil Case No. 1:22-cv-00007<br><br>**SAN NICOLAS LAW OFFICE, LLC'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEEFENDANT IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**<br><br>**Judge: RAMONA V. MANGLONA**<br>**Time:**<br>**Date:** |

PLEASE TAKE NOTICE that on _____, 2022, at \_\_\_\_\_ a.m./p.m., or as soon thereafter as San Nicolas Law Office, LLC ("SN Law") may be heard, SN Law will move and hereby does respectfully move to withdraw as counsel for Plaintiffs Best Sunshine International, Ltd. and Imperial Pacific International (CNMI), LLC.

The basis for this Motion is that professional considerations warrant withdrawal. Comment 3 to Rule 1.16 of the ABA Model Rules of Professional Conduct states that a statement that "professional considerations require termination of the representation" ordinarily should be accepted as sufficient, and lawyers should be mindful of the confidentiality obligations to their clients. Should the Court require additional information as to the basis for the withdrawal, SN Law

respectfully requests the Court to permit SN Law to submit confidential client information under seal.

Respectfully submitted this 3rd day of October, 2022.

*/s/ Joey P. San Nicolas*
JOEY P. SAN NICOLAS
Attorney for Plaintiffs

-2.-