# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court
OCT 2 1 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 1:22-cv-00007

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 05/23/2022

Date of judgment or order you are appealing: | 09/26/22

Docket entry number of judgment or order you are appealing: | 32

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

COMMONWEALTH CASINO COMMISSION, AS AGENCY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Is this a cross-appeal?   ◯ Yes   ⦿ No
If yes, what is the first appeal case number? | N/A
Was there a previous appeal in this case?   ◯ Yes   ⦿ No
If yes, what is the prior appeal case number? | N/A

Your mailing address (if pro se):

N/A

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature | /s/ Lashelle Bena   Date | 10/21/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                       Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

COMMONWEALTH CASINO COMMISSION, AS AGENCY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Name(s) of counsel (if any):

Keisha Blaise
Alison M. Nelson

Address: Caller Box 10007, Saipan, MP 96950

Telephone number(s): 670-237-7500

Email(s): keisha_blaise@cnmioag.org, alison_nelson@cnmioag.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC

Name(s) of counsel (if any):

Kevin T. Abikoff
Samuel Salyer

Address: 1775 I Street, N.W., 6th Floor, Washington, DC 20006

Telephone number(s): (202) 721-4600

Email(s): kevin.abikoff@hugheshubbard.com, samuel.salyer@hugheshubbard.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                      1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*