**SAN NICOLAS LAW OFFICE, LLC**
**Joey P. San Nicolas, Esq. (F0342)**
**2nd Floor, ICCI Bldg. (Middle Road)**
**P.O. Box 10,001 PMB 602**
**SAIPAN, MP  96950**
**670-234-7659 (SNLW)**
**sannicolaslaw@gmail.com**

Attorney for Plaintiffs

### IN THE UNITED STATES DISTRIC COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BEST SUNSHINE INTERNATIONAL LTD (BVI); IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>COMONWEALTH CASINO COMMISSION, AS AGENCY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>Defendant. | Civil Case No. 1:22-cv-00007<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL'S MOTION TO WITHDRAW** |

On October 3, 2022, the undersigned counsel filed his Motion to Withdraw as Counsel in this case. (ECF 33). Counsel now files this Notice of Withdrawal of Counsel's Motion to Withdraw to inform the Court that he is withdrawing his previously filed Motion to Withdraw as Counsel.

Respectfully submitted this 2nd day of November, 2022.

*/s/ Joey P. San Nicolas*
JOEY P. SAN NICOLAS
Attorney for Plaintiffs